### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ROBERT TAYLOR**                                                            **PLAINTIFF**
**ADC #091545**

v.                      **Case No. 3:19-cv-00334-KGB**

**KEVIN MOLDER, Sheriff,**
**Poinsett County Detention Center,** *et al.*                            **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). Plaintiff Robert Taylor has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Taylor's complaint for failure to state a claim upon which relief may be granted. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g). Additionally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this the 15th day of January, 2021.

                                                                           Kristine G. Baker
                                                                           United States District Judge