# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ROBERT TAYLOR**  **PLAINTIFF**
**ADC #091545**

v.   Case No. 3:19-cv-00334-KGB-JJV

**KEVIN MOLDER, Sheriff,**
**Poinsett County Detention Center,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Robert Taylor's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 15th day of January, 2021.

_____
Kristine G. Baker
United States District Judge